☒ FILED ☐ LODGED
Nov 02 2026
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Andrew Paul Amarillas,

Defendant.

Case No: 2:26-CR-00278-DWL

**CONSENT OF DEFENDANT**

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my:

☒ Change of Plea Hearing

☐ Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this _30th__ day of October 2026.

_/s/ *Andrew Paul Amarillas*________
Andrew Paul Amarillas
*Defendant*

_/s/ *Joseph D. Tobler*_______________
Joseph D. Tobler
*Attorneys for Defendant*

_/s/ *Dustin Johnson*__________
Dustin Johnson
Assistant U.S. Attorney
*Attorney for Plaintiff*